UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEFFRY KELLY, individually and on behalf of all other similarly situated individuals,**<br><br>　　　　**Plaintiff,**<br>　v.<br><br>**Killion Communications Consultants, Inc.,**<br><br>　　　　**Defendant.** | Case No. 3:15-cv-03277-SEM-TSH |

### STIPULATION OF DISMISSAL OF RODNEY WILKERSON WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, opt-in/consent Plaintiff Rodney Wilkerson and Defendant Killion Communications Consultants, Inc., through their undersigned counsel, hereby stipulate and agree that all of Mr. Wilkerson's claims in the above-captioned action shall be dismissed in their entirety, without prejudice, and with each party bearing his or its own costs, expenses, and attorneys' fees with respect to Mr. Wilkerson's claims.  The parties further stipulate and agree that an order dismissing Mr. Wilkerson from the above-captioned action shall be entered without further notice or hearing. A Proposed Order Dismissing Mr. Wilkerson without Prejudice has been filed as an attachment to this Stipulation.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED:  September 13, 2016　　　　　s/Jason P. Hungerford
　　　　　　　　　　　　　　　　　　　　Jason P. Hungerford
　　　　　　　　　　　　　　　　　　　　Matthew H. Morgan
　　　　　　　　　　　　　　　　　　　　NICHOLS KASTER PLLP
　　　　　　　　　　　　　　　　　　　　4600 IDS Center
　　　　　　　　　　　　　　　　　　　　80 South 8th St.
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402
　　　　　　　　　　　　　　　　　　　　Phone:  612-256-3200
　　　　　　　　　　　　　　　　　　　　Facsimile: 612-215-6870
　　　　　　　　　　　　　　　　　　　　jhungerford@nka.com
　　　　　　　　　　　　　　　　　　　　morgan@nka.com

Attorneys for Plaintiff Jeffrey Kelly and the collective.

s/Gregory P. Abrams
George A. Stohner (Attorney No. 6315938)
Gregory P. Abrams (Attorney No. 6280767)
FAEGRE BAKER DANIELS LLP
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606
Phone:  312-212-6500
Facsimile:  312-212-6501
george.stohner@FaegreBD.com
gregory.abrams@FaegreBD.com

Attorneys for Defendant Killion Communications Consultants, Inc.

## CERTIFICATE OF SERVICE

I certify that on September 13, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

George A. Stohner (Attorney No. 6315938)
Gregory P. Abrams (Attorney No. 6280767)
FAEGRE BAKER DANIELS LLP
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606
Phone:  312-212-6500
Facsimile:  312-212-6501
george.stohner@FaegreBD.com
gregory.abrams@FaegreBD.com

s/Jason Hungerford