IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **JEFFRY KELLY**, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>**KILLION COMMUNICATIONS CONSULTANTS, INC.,**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 3:15-cv-03277<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter is before the Court on the Parties' Joint Motion for Approval of FLSA Settlement and Dismissal of Claims (d/e [22]). The motion is hereby GRANTED. The Court approves the Parties' settlement agreements and the distribution of the settlement amounts to the Plaintiffs. The Court also approves the attorneys' fees and litigation costs to Plaintiffs' counsel as requested in the settlement agreements. This case is dismissed with prejudice. CASE CLOSED.

ENTER: November 18, 2016

FOR THE COURT:              s/ Sue E. Myerscough
                            SUE E. MYERSCOUGH
                            UNITED STATES DISTRICT JUDGE